25,282-24

Michael Bohannan   #1841746

9601 Spur 591

Amarillo, Texas   79107-9606

January 23, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Clerk of the Court

Texas Court of Criminal Appeals

P.O. Box 12308, Capitol Station

Austin, Texas   78711-2308

Re: Filing Questions

Dear Clerk:

Back in November 25, 2014, I sent you correspondence seeking the Court's (or your's) instruction as to how I should comply with the Court's rules. I am enclosing another copy of that correspondence. I have not heard anything back from you or the Court as to it.

I am enclosing an additional copy of this letter for file stamping to verify receipt. Please return it to me in the postpaid envelope provided.

Thank you for your time and help.

Sincerely,

Michael W. Bohannan
806-381-7080

cc: file

Michael Bohannan   #1841746

9601 Spur 591

Amarillo, Texas  79107-9606

January 23, 2015

Clerk of the Court

Texas Court of Criminal Appeals

Copy

Michael Bohannan   #1841746

9601 Spur 591

Amarillo, Texas   79107-9606

November 25, 2014

Clerk of the Court
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas   78711-2308

Re: <u>Filing Questions</u>

Dear Clerk:

Please find this letter seeking the Court's (or your) instruction as to how I should comply with the Court's Rules when that time comes.  I am currently preparing a rehearing motion in a criminal appeal.  Odds are pretty great I will be presenting a PDR soon.

I understand TRAP 68.11 to say that I must provide the Court, the person who represented the State in the appellate court, and the state's prosecutor (I am guessing that is the Attorney General) a copy of the PDR with the appellate court's opinion(s).

My second area of confusion is I am imprisoned in the TDCJ and they will not make copies of legal papers available (free or paid).  They tell us we can contact the State Law Library in Austin, but they only have the records for the 2nd Dist. Court of Appeals, not the one I am in.  If I can find someone to make copies for me, I have to mail my only copy of the opinions (hoping they do not get lost), wait for them to copy and return them (hoping they do not get lost), and then wait for the prison officials to deliver them to me (hoping they do not get "lost").  And all this time, I do not have the documents to use in preparing my PDR.  I am sure you get many many PDR's from TDCJ prisoners who are filing pro se.  How are they complying with TRAP 68.4(i)?

My third problem is that oral arguments were held in the

COPY

appellate court. How does one go about obtaining a transcript of those oral arguments to use in the preparation of my PDR? How will my indigence affect this?

Thank you for providing me any help with my concerns about the copies of the appellate opinion(s), about who, specifically, service is to be made upon, and the oral argument transcript. Sorry to be such a bother.

Respectfully,

Michael W. Bohannan   #1841746
806-381-7080

cc: file